No. 84–5058.   DOCKERY v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 84–5061.   CALDWELL v. A. H. ROBINS CO.   C. A. 3d Cir. Certiorari denied.

No. 84–5062.   GUMZ ET AL. v. PIONEER NURSING HOME ET AL. C. A. 8th Cir.   Certiorari denied.

No. 84–5065.   WHEELER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5066.   MURPHY v. G. A. F. CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–5068.   TRUGLIO v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–5069.   OURFALIAN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–5071.   KINNELL v. RAYL, DIRECTOR, KANSAS STATE PENITENTIARY, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 84–5072.   ARCHER v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 84–5075.   MORTON v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 84–5076.   SMART v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–5078.   ALBERTI, AKA LAMORT v. UNITED STATES. C. A. 11th Cir.   Certiorari denied.

No. 84–5080.   MCKEE v. AMAF INDUSTRIES, INC.   C. A. 4th Cir.   Certiorari denied.

No. 84–5083.   BEDGOOD v. TURNER, WARDEN.   Ct. Crim. App. Tex.   Certiorari denied.

No. 84–5084.   EVANS v. WOOD.   C. A. 4th Cir.   Certiorari denied.

No. 84–5086.   KEVAL v. WEINBERGER, SECRETARY OF DEFENSE.   C. A. D. C. Cir.   Certiorari denied.